DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERRIS VAUGHNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3446

[May 5, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 18-000190-CF-10A.

Ferris Vaughner, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***